UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| IN RE: | CASE NO: 07-30821 |
|---|---|
| VERA D CROWE | (Chapter 13) |
| Debtor | JUDGE GUY R. HUMPHREY |

REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4030226**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 2/ 13 | CHARMING SHOPPES FASHION BUG<br>% FIRST EXPRESS<br>BOX 856021<br>LOUISVILLE, KY  40285 | 8.91 |

/s/ Jeffrey M. Kellner

Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 8/31/2010

Certificate of Service     07-30821

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

VERA D CROWE
4409 WOLF ROAD
DAYTON, OH  45416

LESTER R THOMPSON
1340 WOODMAN DR
DAYTON, OH  45432

(13.1)
CHARMING SHOPPES FASHION BUG
% FIRST EXPRESS
BOX 856021
LOUISVILLE, KY  40285

(32.1n)
JEFFREY SIVERSTEIN & ASSOCIATES
627 S EDWIN MOSES BLVD
SUITE 2-C
DAYTON, OH  45417

(29.1n)
WELLS FARGO BANK NA
PO BOX 829009
DALLAS, TX  75382

Jeffrey M. Kellner BY    ___/s/ Jeffrey M. Kellner_____    sv